IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHARDO CHAVEZ,

    Plaintiff,

  v.

SOLANO COUNTY DEPUTY SHERIFF and COUNTY OF SOLANO,

    Defendants.

No. C 08-04145 WHA

**ORDER TO SHOW CAUSE**

No one appeared at the case management conference regularly set and noticed for December 4, 2008, at 3:00 p.m. Nor is there any evidence that plaintiff has served the complaint and summons. Consequently, plaintiff is **ORDERED TO SHOW CAUSE** by sworn declaration filed by **DECEMBER 19, 2008**, why this action should not be dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Dated: December 5, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE