IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARDO CHAVEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SOLANO COUNTY DEPUTY SHERIFF and COUNTY OF SOLANO,<br><br>　　　　Defendants.　　　　　　　　／ | No. C 08-04145 WHA<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

　　　　Based on Attorney Riley's response to the order to show cause, a new case management conference date is hereby set for **FEBRUARY 5, 2009, AT 11:00 A.M.**  Attorney Riley must notify all parties and counsel promptly.  Please file a joint case management statement no later than seven days prior to the conference.

　　　　**IT IS SO ORDERED.**

Dated: December 22, 2008.

　　　　　　　　　　　　　　　　　　　　　　　/s/ William Alsup
　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE