IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHARDO CHAVEZ,

    Plaintiff,

  v.

SOLANO COUNTY DEPUTY SHERIFF MALLAMO, SONOMA COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SONOMA, and DOES 1 through 50,

    Defendants.

                        /

No. C 08-04145 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

      The Court thanks the parties for their willingness to continue the case management conference for sixty days to allow the Court time to rule on defendants' pending motion to dismiss. While the generous time allotted is appreciated, the Court hereby **CONTINUES** the case management conference to **FEBRUARY 26, 2009, AT 11:00 A.M.** Please file a joint statement no less than seven days prior. All initial disclosure deadlines are **EXTENDED** accordingly.

      **IT IS SO ORDERED.**

Dated: January 15, 2009.

                                                 WILLIAM ALSUP
                                                 UNITED STATES DISTRICT JUDGE